IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JERAMY L. DAVIDSON (01),

        Defendant.

Case No. 24-20038-01-DDC

### MEMORANDUM AND ORDER

Defendant Jeramy L. Davidson moved to dismiss the lone charge against him here—one under 18 U.S.C. § 922(g)(1). He contends that the charging statute, a felony commonly called felon in possession, violates the Second Amendment. *See* Doc. 20. The United States responded to his motion. Doc. 25. And then, shortly before Mr. Davidson filed his Reply (Doc. 27), the Tenth Circuit decided *Vincent v. Bondi*, 127 F.4th 1263 (10th Cir. 2025). *Vincent* explicitly confirms that the Circuit's earlier decision in *United States v. McCane*, 573 F.3d 1037 (10th Cir. 2009), remains the settled law of this Circuit. *Id.* at 1265–66. And *McCane* forecloses the argument Mr. Davidson makes here, holding that § 922(g)(1) "does not violate the Second Amendment." *Id.* at 1265.

Consistent with this binding precedent, the court, during a motion hearing on March 20, 2025, orally announced its decision denying Mr. Davidson's Motion to Dismiss on Second Amendment Grounds (Doc. 20). This Order memorializes that result.

**THEREFORE, IT IS HEREBY ORDERED** that defendant's Motion to Dismiss on Second Amendment Grounds (Doc. 20) was denied orally by the court.

**IT IS SO ORDERED.**

2

**Dated this 26th day of March, 2025, at Kansas City, Kansas.**

                                            **s/ Daniel D. Crabtree**
                                            **Daniel D. Crabtree**
                                            **United States District Judge**